IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLTEL CORPORATION and<br>WESTERN WIRELESS CORPORATION,<br><br>*Defendants.* | Civil No.:<br><br>Filed: |

## STATEMENT OF PLAINTIFF UNITED STATES
## IN SUPPORT OF THE APPOINTMENT OF
## DAVID S. TURETSKY AS MANAGEMENT TRUSTEE

This Statement is filed by plaintiff United States in support of the appointment of Mr. David S. Turetsky as Management Trustee in the above-captioned case. This case arises from a civil antitrust Complaint, and stipulated proposed Final Judgment filed on July 6, 2005. The purpose of the Final Judgment is to remedy the competitive problems identified in the Complaint through the successful divestiture of the Divestiture Assets, as defined in Section II of the proposed Final Judgment. The success of the Final Judgment in curing the competitive problems identified in the Complaint depends in part upon the preservation of the Divestiture Assets prior to their divestiture. In order to facilitate the divestitures contemplated by the proposed Final Judgment by preserving the Divestiture Assets, the parties stipulated to the Preservation of Assets Stipulation and Order ("Stipulation"). The Stipulation embodies the parties' agreement to preserve and maintain the Divestiture Assets through the appointment of an independent

Management Trustee to serve as manager of the Divestiture Assets consistent with the terms and purpose of the Stipulation and the proposed Final Judgment. David S. Turetsky is exceptionally well qualified to be the Management Trustee in this case.

Plaintiff United States believes a familiarity with the management of a telecommunications business and a thorough understanding of the competitive goals of both the proposed Final Judgment and the Stipulation are essential qualifications for the Management Trustee. Mr. Turetsky clearly possesses those qualifications. In his position as Senior Vice President for Law and Regulatory Affairs at Teligent, a telecommunications company providing fixed wireless service, he served as a member of the company's senior management team that developed and directed Teligent's business strategy. Through this experience, he gained the wireless industry knowledge and hands-ons operational and financial expertise that make him fully capable of carrying out the day-to-day responsibilities of the Management Trustee. With more than 20 years experience in antitrust law, including his position as Deputy Assistant Attorney General at the Antitrust Division of United States Department of Justice, Mr. Turetsky is exceedingly well qualified to understand and advance the goals of the Stipulation and proposed Final Judgment. Additionally, an extensive conflicts check has revealed no representations that would disqualify Mr. Turetsky from serving as Management Trustee. Finally, plaintiff states consent to and defendants have no objection to the appointment of Mr. Turetsky as Management Trustee. A complete description of Mr. Turetsky's experience and qualifications appear in Exhibit A attached to this Statement.

In accordance with the Stipulation, Mr. Turetsky shall manage the operations of the Divestiture Assets. Mr. Turetsky will have the power to hire, at the cost and expense of

defendants, any investment bankers, attorneys or other agents reasonably necessary in his judgment to assist in the management of the Divestiture Assets. Mr. Turetsky will also have the authority to take actions necessary to preserve the Divestiture Assets to ensure their expeditious and successful divestiture. Accordingly, plaintiff United States supports the appointment of David S. Turetsky as Management Trustee.

Respectfully submitted,

_/s/ Deborah A. Roy_
Deborah A. Roy (D.C. Bar # 452573)
Laura R. Starling
Hillary B. Burchuk (D.C. Bar # 366755)
Matthew C. Hammond
Attorneys, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Facsimile: (202) 514-6381

Dated: July 6, 2005

# DAVID S. TURETSKY, ESQ.

LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Suite 1200
Washington, DC 20009

Office: 202-986-8077
Email: dturetsky@llgmcom

---

## EMPLOYMENT:

**03/05 – Present**   LeBoeuf, Lamb, Greene & MacRae LLP, Washington, DC
**Partner** (national and international law firm)

- Recently rejoined firm to practice law in the areas of antitrust, telecommunications, litigation and legislation and currently assist clients in connection with mergers, class action litigation and antitrust compliance.

**01/01 – 03/05**   **David Turetsky LLC, Law and Consulting,**
McLean, VA, Legal, lobbying, and/or business consulting services primarily for media, communications, technology and Internet-oriented businesses or coalitions.

- Successfully led News Corp.'s work with the U.S. Dept. of Justice in connection with DOJ's antitrust review of the abandoned Echostar/DirecTV merger and assisted News Corp. in connection with its successful transaction with DirecTV.

- Assisted and helped to coordinate a coalition of ATT, Sprint, MCI, trade associations ALTS and CompTel, among many others, to formulate and implement strategies to address legislation, litigation, and federal and state regulatory proceedings.

- Assist AT&T in connection with its pending merger with SBC, particularly with respect to congressional hearings and review.

- Assist InterActiveCorp with a variety of legal and/or government issues relating to its programming and e-commerce businesses, including Home Shopping Network, Expedia, Ticketmaster, Hotels.com, etc.

- For wireless companies, negotiate an interconnection agreement with a Bell company and testify in the Caribbean as an expert.

- Serve as member of U.S. Dept. of State's Advisory Committee on International Communications and Information Policy and Chair its Emerging Technologies Subcommittee (e.g., VoIP, Wi-Fi).

- Help develop and implement business and/or funding strategies, and/or oversee corporate, commercial and intellectual property law, for three communications industry start-ups.

**05/97 – 12/00**   **Senior Vice President for Law and Regulatory Affairs, Assistant Secretary**
**Vice President for Law and Regulatory Affairs, Assistant Secretary**
**Teligent, Vienna, Virginia**

- As part of Teligent's original senior management team, transformed 60-employee start-up into nearly 3500-employee publicly-traded company that provided nationwide voice and broadband services over fixed wireless and fiber local networks, and commenced service abroad. Participated in regular senior team meetings to run the business. Helped lead IPO.

- Built and managed proactive and service-oriented Legal Department on budget.

Exhibit A

David S. Turetsky                                                                                         Page 2
───────────────────────────────────────────────────────────────────────────────

- Supervised and/or advised Company management or Board in a broad range of legal areas, including litigation, intellectual property, regulation and policy, human resources, commercial transactions, securities, acquisitions and financing, real estate.

- Set Legal Department goals and metrics and successfully supervised attainment, e.g., provide quality legal assistance to close major commercial transactions; review proposed contracts concerning smaller transactions and antenna site agreements on an expedited basis; secure timely authorizations from regulatory agencies to offer innovative services and raise capital (and help structure business activities to facilitate timely approval).

- Initiated two successful major litigations, concerning use of public rights-of-way and intellectual property, and established important precedents; strategically managed commercial and human resources disputes to avoid significant exposure.

- Served as Teligent's lead strategist, advocate and spokesperson on regulatory and public policy issues to press, media, securities analysts, trade associations, Administration, legislative committees, regulatory agencies, and other public policy organizations.

10/93 – 05/97   **Deputy Assistant Attorney General**
**Senior Counsel to the Assistant Attorney General**
**U.S. Department of Justice, Antitrust Division, Washington, D. C.**

- As one of the nation's most senior antitrust officials, supervised civil enforcement, mergers, litigation, legislation, business review letters, antitrust policy, and the filing of regulatory comments, for industries such as telecoms, cellular, satellites, radio and TV, electricity, railroads, and shipping.

- Successfully challenged various radio station mergers and agreements; helped lead review of transactions such as Disney/ABC and SBC/PacTel; led successful negotiations to end IBM's 1956 consent decree; led administration of MFJ and dramatically improved productivity; oversaw preparation of enforcement action against an electric company.

- Led Department of Justice participation in Vice President Gore's working group to develop, coordinate and work with Congress and the public to establish a national information infrastructure policy, enact the Telecommunications Act of 1996, and negotiate a WTO agreement concerning telecommunications services.

- Represented US Government and DOJ as member of US Delegations to international meetings focusing on telecommunications, satellite, e-commerce and competition issues, including G-7 Conference on the Information Society, ISAD, APEC, OECD, INTELSAT, and bilateral meetings with the EU, UK, Italy and Australia; held top secret security clearance.

- Successfully led bipartisan legislative effort to pass the International Antitrust Enforcement Assistance Act of 1994 to improve antitrust enforcement; led talks with other countries about agreements authorized by the Act, including successful U.S./Australia negotiation.

01/91 – 10/93   **Partner, LeBoeuf, Lamb, Leiby & MacRae, New York, NY**
08/82 – 12/90   **Associate** (national and international law firm)

- Managed teams of lawyers on large, complex national and international matters. Litigated securities, commercial, intellectual property, insurance, antitrust, international trade, and

David S. Turetsky                                                                                        Page 3

constitutional matters for corporate, individual, government and association plaintiffs and defendants. Counseled businesses and trade associations. Successfully represented acquirers and targets in contested mergers and acquisitions, such as BATUS in acquiring Farmer's Group and Farmer's Group in resisting a subsequent acquisition.

## REPRESENTATIVE PRESENTATIONS, ARTICLES AND TESTIMONIES:

- Testimony before: U.S. Senate Commerce, Science and Transportation Committee; Telecommunications, Trade and Consumer Protection Subcommittee of U.S. House Commerce Committee; U.S. Senate Judiciary Committee; numerous Texas Legislative Committees; Illinois Commerce Commission
- Australian Competition and Consumer Commission, Regulation and Investment Conference 2001 (keynote)
- Numerous presentations at conferences organized by Wall Street firms (telecommunications)
- Numerous telecommunications trade association presentations on telecom policy and law.
- National Association of Regulatory Utility Commissioners (many telecom and electricity presentations)
- University of Michigan (Telecommunications)
- Darden School (University of Virginia Graduate School of Business) (broadband and telecommunications)
- University of Texas Law School, Continuing Legal Education Programs (telecommunications)
- National Association of Attorneys General, Antitrust Committee (Telecommunications)
- National Association of Manufacturers (The Antitrust Agenda)
- Antitrust in a More Conservative Congress, The Antitrust Bulletin (Fall 1996)
- Change in the Telecommunications Industry, New Jersey Lawyer Magazine (June 1999)

## PUBLIC AND ASSOCIATION EXPERIENCE:

| | |
|---|---|
| 1999 – Present | Member, Advisory Committee on International Communications and Information Policy, US Department of State; Chair, Emerging Technologies Subcommittee (2004-present) |
| 1999 – 2000 | Teligent Liaison to WCA (Wireless Communications Association) and ITAA (Information Technology Association of America). Served on ITAA Division Board of Directors in 2000. |
| 1997 – 2000 | Member, Board of Directors and By-laws Committee Chair, ALTS (Association for Local Telecommunications Services) |
| 1994 – 1997 | Vice-Chair, Committee on Legislation, ABA Section of Antitrust Law |

## EDUCATION:

| | |
|---|---|
| 1982 | J.D., University of Chicago School of Law (Won 1982 Moot Court Competition) |
| 1979 | B.A., Amherst College, *magna cum laude* in Political Science |
| 1977 – 1978 | London School of Economics and Political Science |

Admitted to Practice in New York and New Jersey