IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C.  20530,<br><br>    Plaintiff,<br>  v.<br><br>ALLTEL CORPORATION<br>One Allied Drive<br>Little Rock, Arkansas  72202<br><br>and<br><br>WESTERN WIRELESS CORPORATION<br>3650 131st Avenue SE, Suite 400<br>Bellevue, Washington  98006,<br><br>    Defendants. | **APPEARANCE**<br><br>Case No.: 1:05-CV-01345 (RCL)<br><br>Judge:  Royce C. Lamberth<br><br>Deck Type:  Antitrust<br><br>Date Stamp:  07/15/2005 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael L. Weiner and Brian C. Mohr as counsel in this case for defendant ALLTEL Corporation.

DATED:  July 15, 2005.
                /s/ Brian C. Mohr
              Michael L. Weiner
              Brian C. Mohr (D.C. Bar No. 385983)
              Skadden, Arps, Slate, Meagher & Flom LLP
              1440 New York Avenue, N.W.
              Washington, D.C.  20005-2111
              Tel: (202) 371-7000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing APPEARANCE OF ALLTEL CORPORATION'S COUNSEL OF RECORD has been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 15th day of July, 2005.

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Deborah A. Roy
Laura R. Starling
Hillary B. Burchuk
Matthew C. Hammond
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530


      /s/ Brian C. Mohr
    Brian C. Mohr