IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Department of Justice, Antitrust Division )<br>1401 H Street, N.W., Suite 8000 )<br>Washington, D.C.  20530, )<br>                                                                )<br>                        Plaintiff, )<br>            v.                                              )<br>                                                                )<br>ALLTEL CORPORATION )<br>One Allied Drive )<br>Little Rock, Arkansas  72202 )<br>                                                                )<br>and )<br>                                                                )<br>WESTERN WIRELESS CORPORATION )<br>3650 131st Avenue SE, Suite 400 )<br>Bellevue, Washington  98006, )<br>                                                                )<br>                        Defendants. ) | Case No.:  1:05-CV-01345 (RCL)<br><br>Judge:  Royce C. Lamberth<br><br>Deck Type:  Antitrust<br><br>Date Stamp:  07/15/2005 |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for ALLTEL Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of ALLTEL Corporation, which have any outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for ALLTEL Corporation

DATED:  July 15, 2005.            By:        /s/ Brian C. Mohr
                                                     Michael L. Weiner
                                                     Brian C. Mohr (D.C. Bar No. 385983)
                                                     Skadden, Arps, Slate, Meagher & Flom LLP
                                                     1440 New York Avenue, N.W.
                                                     Washington, D.C.  20005-2111
                                                     Tel: (202) 371-7000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing ALLTEL CORPORATION'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA has been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 15th day of July, 2005.

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Deborah A. Roy
Laura R. Starling
Hillary B. Burchuk
Matthew C. Hammond
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530


      /s/ Brian C. Mohr
Brian C. Mohr