# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C.  20530,<br><br>                              Plaintiff,<br>            v.<br><br>ALLTEL CORPORATION<br>One Allied Drive<br>Little Rock, Arkansas  72202<br><br>and<br><br>WESTERN WIRELESS CORPORATION<br>3650 131st Avenue SE, Suite 400<br>Bellevue, Washington  98006,<br><br>                              Defendants. | Case No.:  1:05-CV-01345 (RCL)<br><br>Judge:  Royce C. Lamberth<br><br>Deck Type:  Antitrust<br><br>Date Stamp:  07/15/2005 |

## JOINT CERTIFICATION OF ALLTEL CORPORATION
## AND WESTERN WIRELESS CORPORATION

Pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), ALLTEL CORPORATION ("ALLTEL") and WESTERN WIRELESS CORPORATION ("WWC") make the following disclosure of written and oral communications concerning the proposed Final Judgment.  In addition to communications by counsel of record for ALLTEL and/or WWC alone with employees of the Department of Justice, which are exempt from disclosure under 15 U.S.C. § 16(g), the following persons have had the following communications on behalf of ALLTEL and/or WWC concerning the proposed Final Judgment in this action that was filed on July 6, 2005:

1. On April 12, 2005, ALLTEL's counsel of record and WWC's counsel of record as well as Kerry L. Brooks of ALLTEL and Jeff Christianson, Esq. of WWC attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed, among other topics, a divestiture package that ALLTEL and WWC proposed to include in a consent judgment.

2. On April 28, 2005, ALLTEL's counsel of record and Kerry L. Brooks of ALLTEL attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed, among other topics, a divestiture package that ALLTEL and WWC proposed to include in a consent judgment.

3. On April 28, 2005, at the above-referenced meeting with employees of the Department of Justice, ALLTEL's counsel of record and Kerry L. Brooks of ALLTEL presented the employees of the Department of Justice with a letter, discussing a divestiture package that ALLTEL and WWC proposed to include in a consent judgment.

4. On May 5, 2005, ALLTEL's counsel of record and WWC's counsel of record, Kerry L. Brooks of ALLTEL, Kathryn Zachem, Esq. and Ken Patrich, Esq. of Wilkinson Barker Knauer LLP, FCC counsel to ALLTEL, Mark Rubin from WWC, and Doane F. Kiechel, Esq. of Morrison and Foerster, FCC counsel to WWC, attended a meeting at the Federal Communications Commission with employees of the Federal Communications Commission and discussed, among other topics, a proposed a consent judgment with the Department of Justice.

5. On May 27, 2005, ALLTEL's counsel of record and Kerry L. Brooks of ALLTEL participated in a conference call during which the proposed divestiture of certain WWC assets was discussed with employees of the Department of Justice.

6. On May 27, 2005, ALLTEL's counsel of record and WWC's counsel of record and Jeff Christianson, Esq., Eric Baker, Esq., Melissa Gusich, Gail Quinn, and Albert Swierzy of WWC participated in a conference call during which the proposed divestiture of certain WWC assets was discussed with employees of the Department of Justice.

7. On May 27, 2005, WWC's counsel of record provided a written confidential voluntary submission pursuant to 16 C.F.R. § 803.1(b) to Deborah Roy of the Department of Justice, with a copy to ALLTEL's counsel of record, in which WWC's counsel provided information relating to the WWC assets that ALLTEL and WWC proposed to divest pursuant to a consent judgment.

8. On June 8, 2005, ALLTEL's counsel of record and WWC's counsel of record as well as Kerry L. Brooks of ALLTEL participated in a conference call during which the proposed divestiture of certain WWC assets was discussed with employees of the Department of Justice.

9. On June 9, 2005, ALLTEL's counsel of Record and WWC's counsel of record as well as Jeff Christianson, Esq., Eric Baker, Esq., Melissa Gusich, Gail Quinn, Brian Goemmer, and Albert Swierzy of WWC participated in a conference call during which the proposed divestiture of certain WWC assets was discussed with employees of the Department of Justice.

ALLTEL and WWC hereby jointly certify that this disclosure complies with the requirements of Clayton Act § 5(g), 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to ALLTEL and WWC or of which ALLTEL and WWC reasonably should have known.

DATED:  July 15, 2005.

        FOR ALLTEL CORPORATION

By:     /s/ Brian C. Mohr
    Michael L. Weiner
    Brian C. Mohr (D.C. Bar No. 385983)
    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Avenue, N.W.
    Washington, D.C.  20005-2111
    Tel: (202) 371-7000

        FOR WESTERN WIRELESS CORPORATION

By:     /s/ Ilene Knable Gotts
    Ilene Knable Gotts (D.C. Bar No. 384740)
    Wachtell, Lipton, Rosen & Katz
    51 West 52nd Street
    New York, New York  10019

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing JOINT CERTIFICATION OF ALLTEL CORPORATION AND WESTERN WIRELESS CORPORATION has been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 15th day of July, 2005.

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Deborah A. Roy
Laura R. Starling
Hillary B. Burchuk
Matthew C. Hammond
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530


                                         /s/ Brian C. Mohr
                                         Brian C. Mohr