# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ALLTEL CORPORATION<br>One Allied Drive<br>Little Rock, Arkansas 72202<br><br>and<br><br>WESTERN WIRELESS CORPORATION<br>3650 131st Avenue SE, Suite 400<br>Bellevue, Washington 98006,<br><br>　　　　　　Defendants. | **APPEARANCE**<br><br>Case No.: 1:05-CV-01345 (RCL)<br><br>Judge: Royce C. Lamberth<br><br>Deck Type: Antitrust<br><br>Date Stamp: 07/15/2005 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ilene Knable Gotts as counsel in this case for defendant Western Wireless Corporation.

DATED: July 15, 2005.　　　　　　/s/ Ilene Knable Gotts
　　　　　　　　　　　　　　　　Ilene Knable Gotts (D.C. Bar No. 384740)
　　　　　　　　　　　　　　　　Wachtell, Lipton, Rosen & Katz
　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　Tel.(212) 403-1247
　　　　　　　　　　　　　　　　Facsimile (212) 403-2247

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing APPEARANCE OF WESTERN WIRELESS CORPORATION'S COUNSEL OF RECORD has been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 15th day of July, 2005.

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Deborah A. Roy
Laura R. Starling
Hillary B. Burchuk
Matthew C. Hammond
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530


      /s/ Brian C. Mohr
      Brian C. Mohr