# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Department of Justice, Antitrust Division )<br>1401 H Street, N.W., Suite 8000 )<br>Washington, D.C. 20530, )<br>     )<br>     Plaintiff, )<br>v.   ) | Case No.: 1:05-CV-01345 (RCL) |
| ) | |
| ALLTEL CORPORATION )<br>One Allied Drive )<br>Little Rock, Arkansas 72202 ) | Judge: Royce C. Lamberth<br><br>Deck Type: Antitrust |
| )<br>and )<br>) | Date Stamp: 07/15/2005 |
| WESTERN WIRELESS CORPORATION )<br>3650 131st Avenue SE, Suite 400 )<br>Bellevue, Washington 98006, )<br>     )<br>     Defendants. ) | |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Western Wireless Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Western Wireless Corporation, which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Western Wireless Corporation

DATED: July 15, 2005.   By:   /s/ Ilene Knable Gotts
                                Ilene Knable Gotts (D.C. Bar No. 384740)
                                Wachtell, Lipton, Rosen & Katz
                                51 West 52nd Street
                                New York, New York 10019
                                Tel.(212) 403-1247
                                Facsimile (212) 403-2247

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing WESTERN WIRELESS CORPORATION'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA has been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 15th day of July, 2005.

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Deborah A. Roy
Laura R. Starling
Hillary B. Burchuk
Matthew C. Hammond
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530

                                              /s/ Brian C. Mohr
                                              Brian C. Mohr