IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLTEL CORPORATION and<br>WESTERN WIRELESS CORPORATION,<br><br>Defendants. | CASE NUMBER: 1:05CV01345<br><br>JUDGE: Royce C. Lamberth |

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff United States of America, by the undersigned attorney, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), the following procedures have been followed in preparation for the entry of a final judgment herein:

1. Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on July 6, 2005, and this Stipulation was filed with the Court on July 6, 2005;

2. The proposed Final Judgment was filed with the Court on July 6, 2005;

3. The Competitive Impact Statement was filed with the Court on July 6, 2005;

4. The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* August 2, 2005, *see* 70 Fed. Reg. 44,357 (2005);

5. A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, beginning on July 28, 2005 and continuing on consecutive days through August 3, 2005 (see Attachment A);

6. Copies of the Stipulation, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site;

7. On July 15, 2005, defendants ALLTEL Corporation and Western Wireless Corporation jointly filed with the Court a description of written or oral communications by or on behalf of the defendants, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

8. The sixty-day comment period prescribed by 15 U.S.C. § 16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, commenced on August 4, 2005 and ended on October 3, 2005;

9. As of the date of this certificate of compliance, the United States has received no comments on the Proposed Final Judgment. Accordingly, it was not necessary for the United States to file any Response of the United States to Comments with the Court, or to publish any comments or Response in the *Federal Register*, pursuant to 15 U.S.C. § 16(d); and

10. The parties have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the public interest determination required by 15

U.S.C. § 16(e) and to enter the Final Judgment.

Dated: October 12, 2005                             Respectfully submitted,

*Deborah A. Roy*
Deborah A. Roy (DC Bar #452573)
Hillary B. Burchuk (DC Bar # 366755)
Attorneys, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
1401 H Street, NW, Suite 8000
Washington, DC  20530
(202) 305-8860