## CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing Certificate of Compliance With Provisions of the Antitrust Procedures and Penalties Act were served by first-class U.S. mail, postage prepaid, the 12th day of October, 2005 upon each of the parties listed below:

Brian C. Mohr, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC  20005-2111

Counsel for Defendant ALLTEL Corporation


Ilene Knable Gotts, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019-6150

Counsel for Defendant Western Wireless Corporation


                                                                */s/ Deborah A. Roy*
                                           Deborah A. Roy (DC Bar # 452573)
                                           Hillary B. Burchuk (DC Bar # 366755)
                                           Attorneys, Telecommunications & Media
                                           Enforcement Section
                                           Antitrust Division
                                           U.S. Department of Justice
                                           City Center Building
                                           1401 H Street, N.W., Suite 8000
                                           Washington, DC 20530
                                           (202) 305-8860