```
Ad # 145500   Name US DEPT OF JUSTICE/ANTI TRUS     Size 64 lines              M0106
Class  815'   PO # PO 5329 Authorized by MAURA LEE   Account 632270
```

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $3,948.80, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: July 28, 29, 30 and 31, Aug 1, 2 and 3, 2005
Account 632270

_Kate M. Davey_

Witness my hand and official seal this 7th day of September 20 05

My commission expires

Jennifer A. Johnson
Notary Public, District of Columbia
My Commission Expires 09-30-2008

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
Take notice that a proposed Final Judgment, Preservation of Assets Stipulation and Order, and Competitive Impact Statement have been filed in a civil antitrust case, United States v. ALLTEL Corporation and Western Wireless Corporation, Civil Case No. 1:05CV01345 against ALLTEL Corporation (""ALLTEL""), and Western Wireless Corporation (""Western Wireless""). On July 6, 2005, the United States filed a Complaint alleging that the proposed acquisition of Western Wireless by ALLTEL would violate Section 7 of the Clayton Act, 15 U.S.C. § 18. ALLTEL and Western Wireless are both mobile wireless service providers. The proposed Final Judgment, filed the same time as the Complaint, requires ALLTEL to divest assets in sixteen markets located in three states -- Arkansas, Kansas, and Nebraska. ALLTEL is also required to divest the Cellular One service mark that is owned by Western Wireless. A Competitive Impact Statement filed by the United States on July 6, 2005 describes the Complaint, the proposed Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation. Copies of the Complaint, proposed Final Judgment, Preservation of Assets Stipulation and Order, Competitive Impact Statement, and all further papers filed with the Court in connection with this Complaint will be available for inspection at the Antitrust Documents Group, Antitrust Division, Liberty Place Building, Room 215, 325 7th Street, N.W., Washington, D.C. 20530 (telephone 202-514-2481), and at the Clerk's Office of the U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001. During the sixty (60) day comment period, interested persons may submit comments in writing to Nancy Goodman, Chief, Telecommunications & Media Enforcement Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 8000, Washington, D.C. 20530 (202-514-5621).

Attachment A