UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLTEL CORPORATION and<br>WESTERN WIRELESS CORP.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1345 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff's Motion [12] for Entry of Final Judgment and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion [12] for Entry of Final Judgment is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 12, 2005.