IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ALLTEL CORPORATION and<br>WESTERN WIRELESS CORPORATION,<br><br>          Defendants. | CASE NUMBER: 1:05CV01345<br><br>JUDGE: Royce C. Lamberth |

## PLAINTIFF UNITED STATES' NOTICE OF EXTENSION OF THE DIVESTITURE PERIOD

Plaintiff, United States of America, by the undersigned attorney, notifies the Court that plaintiff has agreed to a 35 day extension of the 120 day divestiture period during which, under the terms of the Final Judgment, defendant ALLTEL Corporation is required to divest the Wireless Business Divestiture Assets and the Cellular One Group Assets. Pursuant to Section IV.A of the Final Judgment, plaintiff "in its sole discretion, may agree to one or more extensions of this time period not to exceed sixty (60) days in total, and shall notify the Court in such circumstances."

ALLTEL consummated its purchase of Western Wireless Corporation on August 1, 2005. The 120 day divestiture period expires on November 29, 2005. On November 22, 2005, ALLTEL requested a 35 day extension of the divestiture period stating that it has pending sales agreements for the Wireless Business Divestiture Assets and for the Cellular One Group Assets which ALLTEL expects to be finalized and executed within the 35 day extension period.

Based on defendant's representations, on November 28, 2005, plaintiff agreed to extend the divestiture period for an additional 35 days, until January 3, 2006, and hereby submits this required notification to the Court.

Dated: November 28, 2005

Respectfully submitted,

*Deborah A. Roy*
Deborah A. Roy (DC Bar # 452573)
Hillary B. Burchuk (DC Bar # 366755)
Attorneys, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
1401 H Street, NW, Suite 8000
Washington, DC  20530
(202) 305-8860

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice that Plaintiff United States has Agreed to a Thirty-five Day Extension of the Divestiture Period were served by first-class U.S. mail, postage prepaid, the 28th day of November, 2005 upon each of the parties listed below:

Brian C. Mohr, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC  20005-2111

Counsel for Defendant ALLTEL Corporation


Ilene Knable Gotts, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019-6150

Counsel for Defendant Western Wireless Corporation


*[signature]*
Deborah A. Roy (DC Bar # 452573)
Hillary B. Burchuk (DC Bar # 366755)
Attorneys, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, DC 20530
(202) 305-8860