UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>           Plaintiff,  )<br> )<br>    v.    )<br> )<br>ALLTEL CORPORATION and  )<br>WESTERN WIRELESS CORPORATION, )<br> )<br>           Defendants.  )<br>_____) | Civil No.: 1:05CV01345<br><br>JUDGE: Royce C. Lambreth |

## ORDER MODIFYING FINAL JUDGMENT

This matter comes before the Court on the joint motion of plaintiff United States of America and defendants ALLTEL Corporation and Western Wireless Corporation to modify the Final Judgment entered in this case on October 12, 2005.

Having considered the Joint Motion and Memorandum in Support thereof, the Court finds that it is in the public interest to modify the Final Judgment, and it is hereby

ORDERED, ADJUDGED AND DECREED:

That the Final Judgment entered on October 12, 2005 in this case is modified in

1

accordance with the Modified Final Judgment attached to and incorporated in this order.


Dated: _____

                                        UNITED STATES DISTRICT JUDGE