A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)

vs.

ALLTEL Corporation and Western Wireless Corporation,
        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05cv01345

To the Clerk of this court and all parties of record:

Please enter the appearance of __W. Stephen Smith__ as counsel in this
(Attorney's Name)

case for: __ALLTEL Corporation and Western Wireless__
(Name of party or parties)

__July 27, 2006__
Date

__376179__
BAR IDENTIFICATION

/s/ W. Stephen Smith
_____
Signature

__W. Stephen Smith__
Print Name

__2000 Pennsylvania Ave., NW, Suite 5500__
Address

__Washington, DC 20006__
City    State    Zip Code

__(202) 887-1500__
Phone Number